**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ANGELA SMITH, on behalf of herself and others similarly situated** — **PLAINTIFF**

**vs.** — **NO. 4:24-CV-00469-BSM**

**CIGARETTE STORE, LLC, et al.** — **DEFENDANTS**

**AFFIDAVIT OF TRINA VILLEZA**

After being duly sworn, affiant states the following:

1. I am Trina Villeza. I am over twenty-one (21) years of age and competent to make this affidavit.

2. I am Chief Sales Officer for PharmLabs, LLC ("PharmLabs").

3. PharmLabs is a limited liability company organized under the laws of California.

4. None of PharmLabs's members are residents of Arkansas.

5. PharmLabs's principal place of business is in California and PharmLabs has a registered agent for service of process in California.

6. PharmLabs does not have a place of business in Arkansas.

7. PharmLabs is registered to do business in California, is not registered to do business in Arkansas, and has never been registered to do business in Arkansas.

8. PharmLabs does not have employees in Arkansas.

9. PharmLabs does not have bank accounts or real property in Arkansas.

**EXHIBIT A**

10. No representative from PharmLabs ever travelled to or contacted anyone in Arkansas regarding the products at issue in this lawsuit, aside from in connection with this litigation.

11. PharmLabs does not manufacture anything and does not distribute anything.

12. PharmLabs issues Certificates of Analysis (COAs) from its lab in California and takes no action to direct those COAs to any particular state, including Arkansas.

13. In this case, PharmLabs tested samples at its laboratory in California for Savage Enterprises, LLC ("Savage"), a company based in Wyoming, issued COAs for the samples it tested in California, and sent those COAs to Savage.

14. PharmLabs had no knowledge regarding what the samples it received and tested were used for, whether they were used for any specific type of product, or what the manufacturer did with the samples after testing occurred.

15. PharmLabs had no knowledge that any of the samples it tested would be sold in the State of Arkansas.

_______________________
Trina Villeza

Date: 4.17.25

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA

COUNTY OF SAN DIEGO

SUBSCRIBED AND SWORN to before me, a Notary Public, on this 17TH day of APRIL 4/17/2025.

COMMISSION EXPIRES: 06/29/2026

MELISSA MICHAEL WOFFORD
COMM. #2406853
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
JUNE 29, 2026

Notary Public

My Commission Expires:

06/29/2026